# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40673
Summary Calendar

D.C. Docket No. 6:17-CV-49

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2019
Lyle W. Cayce
Clerk

CALVIN RAY CASH,

    Plaintiff - Appellant

v.

JOHN RUPERT; PAMELA PACE,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Texas

Before SMITH, DENNIS, and DUNCAN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.